IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL CARDELLE RUFFIN,

      Petitioner,

v.                                CASE NO. 4:05-cv-00368-MP-EMT

JAMES R MCDONOUGH,

      Respondent.

_____/

## O R D E R

    This matter is before the Court on Doc. 18, Report and Recommendation of the Magistrate Judge, recommending that the habeas petition in this case be denied. The time for filing objections has passed and none have been filed.  The petitioner challenges his state court conviction for armed robbery of a Suwannee Swifty store.  The Court agrees with the Magistrate Judge that the evidence, when viewed in the light most favorable to the State, permitted any rational trier of fact to find beyond a reasonable doubt the essential elements of robbery with a firearm. Therefore, the Court agrees with the Magistrate Judge that Petitioner has failed to establish that the state court's convicting him of robbery with a firearm violated due process, and he is thus not entitled to federal habeas relief.  It is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _3rd_ day of November, 2006

                          _s/Maurice M. Paul_
                        Maurice M. Paul, Senior District Judge